# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>DAI NGUYEN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA08-554M (Dft #1)<br><br>ORDER FOR TEMPORARY DETENTION<br>18 USC §3142(d) |

The Court finds that the above-named defendant:

☐ is / was at the time of commission of a federal / state / local offense on release:

    X    pending trial for a felony

    ☐    pending imposition / execution of sentence

    ☐    pending appeal of sentence / conviction

    ☐    pending completion of sentence

    ☐    probation / parole for any offense

    ☐    is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and  ☐    may flee

    X    pose a danger to a person or the community as follows: DEFENDANT IS CHARGED WITH DRUG CONSPIRACY CONDUCT SIMILAR TO THAT WHICH HE WAS PREVIOUSLY CHARGED WITH IN SAN BERNARDINO COUNTY.

IT IS ORDERED that the defendant be detained for a period not to exceed ten (10) court days.

IT IS FURTHER ORDERED that the U.S. Attorney notify: SAN BERNARDINO COUNTY SUPERIOR COURT
*Appropriate Court*

_____ ,   _____   _____
    *Probation or Parole Officer*        *State or local law enforcement*        *INS*

IT IS FURTHER ORDERED that if   SAN BERNARDINO COUNTY   fails or declines to take
                                  *State Name of Appropriate Official*

custody of defendant, a further bail hearing shall be set on OCTOBER 20, 2008  at  2:00  P.M.
in Courtroom 6A

DATED:  OCTOBER 7, 2008

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

M-8 (6/98)        ORDER FOR TEMPORARY DETENTION - 18 USC §3142(d)